IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Criminal No. 20-cr-30021-MGM |
| | ) |
| LI QIN LI and WEIQING LI, | ) |
| | ) |
| Defendants. | ) |

## ORDER OF EXCLUDABLE DELAY

The government has moved for an order of excludable delay under the Speedy Trial Act that the time from February 10, 2021 until _April 27, 2021_, the date of the next hearing, is excludable from the calculation of the time within which the trial must begin pursuant to the Speedy Trial Act. The attorneys for the defendants, Timothy Watkins and Charles Dolan, assent to the motion.

The Court finds that the time from February 10, 2021 to _April 27, 2021_ should be excluded pursuant to 18 U.S.C. § 3161(h)(7). The ends of justice served by excluding this time from the Speedy Trial Act outweigh the best interests of the public and the defendants in a speedy trial because excluding this time from the calculation of the time within which the trial must begin will permit time for the attorneys for the defendants to review the discovery and will allow the parties to discuss potential resolution of this matter as intended by the Local Rules.

_____
KATHERINE A. ROBERTSON
United States Magistrate Judge

Dated: Feb. 10, 2021