UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) ) ) | |
| v. | ) ) | Docket No. 20-CR-30021-MGM |
| **WEIQING LI** | ) ) | |
| Defendant | ) ) | |

**ORDER OF DISBERSEMENT**

It is hereby ordered that the Clerk disburse the five thousand dollars ($5,000.00) posted as cash bond on August 17, 2020 to Lihua Li at 2832 South Emerald Avenue, Chicago, IL 60616, the Court having allowed the Defendant's Motion for return of the Bond.

Dated:

6/16/21

_____
Hon, Mark G. Mastroianni
US District Court Judge